NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-6002, -6003

ROBERT SOLOMON,

Petitioner,

v.

OFFICE OF COMPLIANCE,

Respondent,

and

OFFICE OF THE ARCHITECT OF THE CAPITOL,

Respondent.

Jeffrey H. Leib, of Washington, DC, argued for petitioner.

William Wachter, Attorney, Office of the General Counsel, Office of Compliance, of Washington, DC, argued for respondent Office of Compliance. With him on the brief was Peter A. Eveleth, General Counsel.

Kelsi Brown Corkran, Attorney, Appellate Staff, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent Office of the Architect of the Capitol. With her on the brief were Jeffrey S. Bucholtz, Acting Assistant Attorney General, and Marleigh D. Dover, Attorney.

Appealed from: Office of Compliance

NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-6002, -6003

ROBERT SOLOMON,

Petitioner,

v.

OFFICE OF COMPLIANCE,

Respondent,

and

OFFICE OF THE ARCHITECT OF THE CAPITOL,

Respondent.

# Judgment

ON APPEAL from the        Board of Directors of the Office of Compliance

In CASE NO(S).        02-AC-62 (RP) and 04-AC-13 (RP).

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge, and DYK, Circuit Judge.

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED:  September 9, 2008        / s /  *Jan Horbaly*
                                                Jan Horbaly, Clerk